UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-80520-CIV-DIMITROULEAS

MANCIL'S TRACTOR SERVICE, INC.,

    Plaintiff,

v.

T&K CONSTRUCTION, LLC, and
BERKLEY REGIONAL INSURANCE COMPANY,

    Defendants.
_____/

## ORDER DENYING MOTION TO CONSOLIDATE AND STRIKE

THIS CAUSE is before the Court on Plaintiff's Motion to Consolidate with Case Number 16-CV-80709 And Strike From Docket [DE 214], filed herein on May 18, 2016. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 214] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of May, 2016.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record